1 PHILLIP A. TALBERT
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
(559) 497-4000  Telephone
5 (559) 497-4099  Facsimile

6 Attorneys for the United States

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO.  1:16-CV-01548-DAD-BAM |
| 12 Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| 13 v. | |
| 14 APPROXIMATELY $88,029.00 IN U.S. CURRENCY, | |
| 15 Defendant. | |

17    The United States of America and Claimant Juan Cambron, by and through their undersigned

18 counsel, hereby agree and stipulate as follows:

19    The Court set a mandatory scheduling conference in this case for January 18, 2017 at 8:30 a.m.

20 (ECF # 2).  The parties stipulate and agree to continue the mandatory scheduling conference to

21 Wednesday, March 15, 2017, at a time available for the Court.  This stipulation is at the request of

22 counsel for Claimant in order to resolve status of counsel issues.

23                                     Respectfully submitted,

24 Dated:  January 11, 2017            PHILLIP A. TALBERT
                                       United States Attorney
25

26                                      /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
27                                     Assistant U.S. Attorney

28

1                                   Stipulation and Order to Continue
                                    Mandatory Scheduling Conference

Dated:  January 11, 2017                     /s/ Philip Schnayerson
PHILIP SCHNAYERSON
Attorney for Claimant
Juan Cambron
(As approved by email on 1/11/17)

ORDER

The Mandatory Scheduling Conference is continued from January 18, 2017 to **March 23, 2017 at 10:00 AM** before Judge McAuliffe in courtroom 8.

IT IS SO ORDERED.

Dated**:   January 12, 2017**                     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE